

# INVOICE

*Offices*
*Nationwide*

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 53709 | 12/10/2009 | 33822 |
| Job Date | Case No. | |
| 11/18/2009 | 08-03044 | |
| Case Name | | |
| Hutcherson, et al. vs. WMATA, et al. | | |
| Payment Terms | | |
| | | |

Gerard Stief
Washington Metropolitan Area Transit Authority
600 Fifth Street, Northwest
2nd Floor
Washington, DC  20001

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Chae Lim | 58.00 Pages | @ | 2.75 | 159.50 |
| Exhibits | 4.00 Pages | @ | 0.25 | 1.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| James Hutcherson, Jr. | 87.00 Pages | @ | 3.65 | 317.55 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| Sharon Hutcherson | 30.00 Pages | @ | 3.65 | 109.50 |
| Shipping | | | 15.00 | 15.00 |
| | | **TOTAL DUE >>>** | | **$602.55** |

Did you know that Capital Reporting Company is a national company?  We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*Please disregard Invoice 53352

| | |
|---|---|
| (-) Payments/Credits: | 497.25 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $105.30 |

Phone: 202-962-1013   Fax:202-962-2550

Tax ID: ███████

*Please detach bottom portion and return with payment.*

Gerard Stief
Washington Metropolitan Area Transit Authority
600 Fifth Street, Northwest
2nd Floor
Washington, DC  20001

| | | |
|---|---|---|
| Invoice No. | : | 53709 |
| Invoice Date | : | 12/10/2009 |
| **Total Due** | : | **$105.30** |

Remit To:    Capital Reporting Company
1821 Jefferson Place, NW
3rd Floor
Washington, DC  20036

| | | |
|---|---|---|
| Job No. | : | 33822 |
| BU ID | : | ███ |
| Case No. | : | 08-03044 |
| Case Name | : | Hutcherson, et al. vs. WMATA, et al. |